UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

JAMES DONAGHUE                                  :

    Plaintiff,                              :

v.                                              :        1:14-cv-01502 CMH

UNITED STATES OF AMERICA                        :

    Defendant.                              :

                                            :

## PRAECIPE OF DISMISSAL

The Plaintiff, by and through his undersigned counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(i), hereby dismisses, WITHOUT PREJUDICE, all claims against Defendant.

Respectfully submitted,

*So Ordered*
*Claude M. Hilton*
*USDJ*
*Dec. 23, 2014*

/s/ Harvey S. Williams
Harvey S. Williams   VA Bar No. 20857
hsw@williamsbertram.com
1666 Connecticut Avenue, N.W.
Suite 250
Washington, DC 20009
(202) 462-5900
*Counsel for Plaintiff*